FILED

NOV 16 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| William E. Monroe | No. 18-cv-01499 |
| Plaintiff | Judge Robert M. Dow, Jr. |
| | Magistrate Judge Mary M. Rowland |
| V. | |
| Jewel Osco | |
| Defendant | |

To: The Honorable Judge Robert M Dow Jr.

**Plaintiff Motion to Stay Discovery**

1. Plaintiffs motion of request to Stay Discovery Temporarily in keeping good faith of a motion to stay discovery is in due part to plaintiff's health concern reasons in good nature. Plaintiff MIDP can be submitted by November 21, 2018 and Plaintiff is a currently on dialysis and it has come at this time for plaintiff to start a serious rounds of daytime testing for a kidney transplant which will require a 30 day daily testing which starts November 12, 2018 and will end December 12, 2018 of chemicals and physical daily balance due to plaintiffs body condition being prepared for the future upcoming medical surgery transplant of an new organ being admitted to plaintiff.

2. This also pertains to the previous request extension to plaintiff attempting to to retain an attorney for this claim in an unfortunate attempt of not being

able to have the amount of capital finances that most litigators are seeking in most requested retainer amount plaintiff could not afford which has not hindered plaintiff but once again plaintiff has decided to stay Pro Se and will proceed by self in which will give plaintiff some ample time as a Pro Se to go through the Mandatory Initial Discovery Project as a whole in which plaintiff as Pro Se needed time to study and give his MIDP interrogates questions request to the defendant in part to help plaintiff case.

3. On November 5, 2018 1:45pm Plaintiff did make a call via phone to the defendant about this reason of stay discovery and in the conversation with the defendant (attorney) Amardeep K. BharJ of law firm Littler Mendelson, PC. In this conversation as told to the defendant of the plaintiff Stay of Discovery and reason it was brought to the plaintiffs by the defendant that it was agreed to and by the defendant that the request by the plaintiff to make this Stay Discovery be presented after 2018 years end due to the defendant has others hearings and the defendant has a tight schedule for the Months of November and December of 2018 would request plaintiff to schedule the hearing of the plaintiffs claim 18-cv-01499 to start in Mid-January of 2019 in also which plaintiff was in agreement with the defendant to do so.

Thank You William E. Monroe

William E. Monroe
Pro Se
1120 E. 82nd apt 2b
Chicago, IL 60619